J:\Barbara\Civil\Notices by Case Number\2007\07-340.wpd

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Teresa Brown,

    Plaintiff,

    v.                                 Case No. 1:07cv340

Textron, Inc.,                     Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

    **IT IS SO ORDERED.**

                                           *S/Michael R. Barrett*
bac     July 15, 2008                          Michael R. Barrett, Judge
                                            United States District Court