IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA BROWN, etc., et al., | ) | CASE NO. 1:07cv340 |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| **v.** | ) | |
| | ) | |
| TEXTRON INC. d/b/a GREENLEE, et al. | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Defendants**.** | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and 41(c), the parties hereby stipulate that any

and all claims have been settled and may be dismissed, with prejudice, each party to bear its own

costs and attorneys' fees.  No record.

Respectfully submitted,


 s/ *Eric C. Deters*                    (per 9/2/08 consent)
Eric C. Deters, Esq.
Eric C. Deters & Associates
5247 Madison Avenue
Independence, Kentucky 41051
Telephone:     859.363.1900
Facsimile:      859.363.1444

*Attorney for Plaintiff Teresa Brown*
*Individually and as Administrator of*
*the Estate of Jonathon Brown*



 s/ *Thomas W. Baker*
 THOMAS W. BAKER (#0070558)
 E-Mail:  tbaker@tuckerellis.com
 Tucker Ellis & West LLP
 1150 Huntington Bldg, 925 Euclid Ave.
 Cleveland, OH 44115-1475
 Telephone:     216.592.5000
 Telefax:         216.592.5009

 *Attorney for Greenlee Textron, Inc.*
 *erroneously named in Plaintiff's Complaint*
 *"Textron Inc. d/b/a Greenlee"*


s/*Jack Harrison*                         (per consent)
JACK B. HARRISON, ESQ.
STEPHEN M. GRACEY, ESQ.
Frost Brown Todd LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH  45202
Telephone:  513.651.6800
Telefax:       513.651.6981

*Attorney for Fluke Electronics Corporation*
*and Ireland Meter Electronics*
*(Hong Kong) LTD.*

011127.000008.1006749.1